JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEROKEE ADMINISTRATIVE TRUST, ) | Case No. CV 20-3291 FMO (JPRx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| FRANCES ROTHSCHILD, et al., ) | |
| Defendants. ) | |

   IT IS ADJUDGED THAT the above-captioned action is dismissed.  The parties shall bear their own fees and costs.

Dated this 28th day of May, 2020.

/s/
Fernando M. Olguin
United States District Judge